UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**Diego Otoni Soares**

   v.               Case No. 26-cv-32-PB-TSM

**Warden, FCI Berlin, et al.**

## **ORDER**

  Diego Otoni Soares filed the instant petition for a writ of habeas corpus on January 23, 2026. See Doc. 1. This Court subsequently ordered the government to show cause why I should not grant Otoni Soares's petition to the extent of affording him a bond hearing under 8 U.S.C. § 1226(a) based on his similarity to the petitioner granted such relief on procedural due process grounds in Destino v. FCI Berlin. Doc. 2 (citing No. 25-cv-374, Doc. 9 (D.N.H. Dec. 24, 2025)).

  The government initially filed a response to my order objecting to Destino's application in this case. Doc. 4. In a status report filed following a conference with the Court on February 2, 2026, however, the government appears to concede that he is entitled to a bond hearing and agrees to facilitate a bond hearing pending a request for one from Otoni Soares. See Doc. 7.

Within fourteen days, the parties will file a status report either moving to dismiss the petition or requesting a status conference to set a schedule for further briefing.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

February 10, 2026

cc:   Counsel of Record